# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHARLES M. CASSELL, III,

    Plaintiff(s),

vs.

FNU DAWKINS, FNU QUEEN,
JOHN DOES (Shift Sergeants on
Red Unit Lock Up),

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV191-3-C

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2010, Order.

Signed: December 30, 2010

Frank G. Johns, Clerk
United States District Court